## DREUX vs. HIS CREDITORS.

APPEAL from the court of the first district.

MARTIN, J., delivered the opinion of the court. Jacques Dreux and E. Legoaster, creditors of the insolvent, opposed the homologation of the tableau of distribution, prepared by the syndics. It was homologated, and they appealed.

Dreux opposed the homologation on the ground, that the insolvent's wife was placed before him as a mortgage creditor, while she

had intervened in the act by which the insolvent had mortgaged certain slaves to the opposing creditor, and renounced her right of preference on these slaves; because, having acted as a syndic, under a judgment of the district court, and as such effected a sale of considerable part of the estate, with his co syndic, he was entitled to a part of the commission.

Legoaster's opposition was on the ground, that he ought to have been ranked as a mortgage creditor in consequence of a judgment obtained against the insolvent before his failure, which was timely recorded.

We are of opinion, that Jacques Dreux ought to have been placed on the tableau, before Madame Dreux, with regard to the negroes mortgaged to them with his consent, and as to whom she renounced her privilege. For this purpose, the respective value of the property specially mortgaged, ought to be ascertained, and the tableau new modelled accordingly.

We are of opinion, that Jacques Dreux, not having been legally appointed syndic, is entitled to no commission.

Legoaster has been denied his rank as a

mortgage creditor, because the register of mortgages did not mention in the certificate he gave, the judicial mortgage resulting from a judgment in his favor duly recorded, it having been concluded this creditor's remedy was against the register ; but, we think this is only a cumulative remedy, which did not destroy his right to his legal place on the tableau, if demanded at any time before the homologation.

It is therefore ordered, adjudged and decreed, that the judgment of the district court be annulled, avoided and reversed, the tableau set aside, and the case remanded, with directions to the district court to make a new one, in which the appellant, Jacques Dreux, shall be placed, as far as regards the mortgage of the slaves on which Mrs. Dreux has renounced to her rights before her and the appellant, Legoaster, as a mortgage creditor, according to the date of the registry of his judgment ; and it is ordered, that the appellees pay costs in this court.

*Dennis and Morphy* for the plaintiff, *Canon* for the defendant.